**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:

| | |
|---|---|
| **SHANNON MICHAEL LEE** | **CASE NO.  26-02490-5-PWM** |
| **LESLIE RENEE LEE** | **CHAPTER 13** |
| **DEBTOR.** | |

## MOTION FOR TURNOVER OF VEHICLE

NOW COMES the Debtor, by and through counsel, pursuant to section 542 of the Bankruptcy Code, and hereby moves the Court for an order requiring Santander Consumer Usa dba Chrysler Capital ("Creditor") to return to the Debtor possession of his 2019 Kia Stinger (VIN: KNAE15LA3K6067810 ("Vehicle"). In support of this motion, the Debtor shows the Court as follows:

1.  The Debtor filed the above captioned case on June 2, 2026 ("Petition Date").

2.  Creditor repossessed the Vehicle prior to the Petition Date.

3.  Upon information and belief, as of the Petition Date, Creditor had not resold or otherwise disposed of the Vehicle.

4.  The Vehicle is necessary to the Debtors for their successful completion of a Chapter 13 Plan. The Vehicle is Debtor 1's primary form of transportation, and he needs it for daily commuting and for work.

5.  The Debtor has filed a proposed Chapter 13 Plan prior to the date of this motion.  The Debtor proposes to pay Chrysler the full value of its secured portion of the claim at the applicable *Till* rate of interest through the disbursements to be made by the Chapter 13 Trustee.

WHEREFORE, the Debtor respectfully prays the Court to enter an order directing the Creditor and/or its agents to immediately turn the Vehicle over to the Debtor, and for such

additional or alternative relief as to the Court may seem appropriate.  In the alternative, the

Debtor requests a hearing.

        Date: June 3, 2026

                                             /s/Mark M. Harris_____
                                           Mark M. Harris
                                           Attorney for Debtors
                                           N.C. State Bar No.: 31573
                                           309 Person Street
                                           Fayetteville, NC 28302
                                           Telephone: (910) 484-8195
                                           mark@smithdempster.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

IN RE:

| | |
|---|---|
| **SHANNON MICHAEL LEE** | **CASE NO.  26-01795-5-JNC** |
| **LESLIE RENEE LEE** | **CHAPTER 13** |
| **DEBTOR.** | |

## NOTICE OF MOTION

The attorney for the Debtor has filed papers with the Court requesting that Santander Consumer Usa dba Chrysler Capital be required to return to the Debtor possession of his 2019 Kia Stinger.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)   If you do not want the court to grant the trustee's motion, or if you want the court to consider your views on the motion, then within fourteen (14) days from the date of this motion, unless otherwise ordered, you or your attorney must file with the Court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:  **Clerk, U.S. Bankruptcy Court, P.O. Box 791, Raleigh, NC  27602.**  If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.  You must also serve a copy of your response on:

| | |
|---|---|
| Mark M. Harris | S. Troy Staley |
| Attorney for Debtors | Chapter 13 Trustee |
| 309 Person Street | P.O. Box 1618 |
| Fayetteville, NC 28302 | New Bern, NC  28563-1618 |

If a response and a request for hearing is filed in writing within fourteen (14) days from the date of this notice, a hearing will be conducted on the objection at a date, time, and place to be later set and all parties will be notified accordingly.  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: June 3, 2026

/s/Mark M. Harris_____
Mark M. Harris
Attorney for Debtors
N.C. State Bar No.: 31573
309 Person Street
Fayetteville, NC 28302
Telephone: (910) 484-8195
mark@smithdempster.com

## <u>CERTIFICATE OF SERVICE</u>

I, Mark M. Harris, of Smith Dempster, P.A., do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated below, I served copies of the foregoing MOTION FOR TURNOVER OF VEHICLE and NOTICE OF MOTION on the parties listed below.  Unless automatic electronic noticing of a party was indicated by CM/ECF upon the filing of these documents, parties were served by regular U.S. mail, first-class postage pre-paid.

Santander Consumer Usa                                     *via* first class mail
Attn: Bankruptcy
Po Box 961211
Fort Worth, TX 76161

Santander Consumer Inc, D/B/A Chrysler       *via* first class mail
Capital
P.O. Box 961275
Fort Worth, TX 76161-1275

S. Troy Staley                                                     *via* CM/ECF
Chapter 13 Trustee


Date: June 3, 2026

/s/Mark M. Harris_____
Mark M. Harris
Attorney for Debtors
N.C. State Bar No.: 31573
309 Person Street
Fayetteville, NC 28302
Telephone: (910) 484-8195
mark@smithdempster.com