**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

---

**IN THE MATTER OF:**
**SHANNON MICHAEL LEE**
**LESLIE RENEE LEE**


**DEBTOR(s)**                                              **CASE NO: 26-02490-5-PMW**
                                                           **CHAPTER 13**

---

**WITHDRAWAL OF MOTION**


The Debtor, Shannon Michael Lee and Leslie Renee Lee, respectfully moves the Court

by and through their attorney, Mark M. Harris, for a Withdrawal of the Chapter 13 Debtors'

Motion for Turnover of Vehicle.


Respectfully submitted, this the 23rd day of June 2026


                                        /s/ Mark M. Harris
                                        Mark M. Harris
                                        Attorney for Debtor
                                        309 Person Street
                                        Fayetteville, NC 28302
                                        State Bar No.  31573
                                        910-484-8195



**"End of Document"**

## **CERTIFICATE OF SERVICE**

I, Mark M. Harris, of Smith Dempster, P.A., do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated below, I served copies of the foregoing WITHDRAWAL OF MOTION FOR TURNOVER OF VEHICLE on the parties listed below.  Unless automatic electronic noticing of a party was indicated by CM/ECF upon the filing of these documents, parties were served by regular U.S. mail, first-class postage pre-paid.

Santander Consumer Usa                                            *via* first class mail
Attn: Bankruptcy
Po Box 961211
Fort Worth, TX 76161

Santander Consumer Inc, D/B/A Chrysler            *via* first class mail
Capital
P.O. Box 961275
Fort Worth, TX 76161-1275

S. Troy Staley                                                              *via* CM/ECF
Chapter 13 Trustee


Date: June 23, 2026

/s/Mark M. Harris_____
Mark M. Harris
Attorney for Debtors
N.C. State Bar No.: 31573
309 Person Street
Fayetteville, NC 28302
Telephone: (910) 484-8195
mark@smithdempster.com